No. 821. GENERAL TIME CORP. *v.* SECURITIES AND EXCHANGE COMMISSION ET AL. C. A. 2d Cir. Certiorari denied. *Edward R. Neaher* and *Paul G. Pennoyer, Jr.,* for petitioner. *Walter L. Stratton, Breck P. McAllister,* and *Benjamin Vinar* for respondent Talley Industries, Inc., *Clendon H. Lee* and *Stanley L. Sabel* for respondents American Investors Fund, Inc., et al.

No. 633. KREBS ET AL. *v.* ASHBROOK ET AL. C. A. D. C. Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Melvin L. Wulf, Philip J. Hirschkop, Arthur Kinoy, William M. Kunstler,* and *Jeremiah Gutman* for petitioners. *Solicitor General Griswold, Assistant Attorney General Yeagley, Kevin T. Maroney,* and *Lee B. Anderson* for respondents.

No. 709. WHITFIELD *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Claude L. Rowe* for petitioner. *Solicitor General Griswold, Assistant Attorney General Rogovin, Joseph M. Howard,* and *John M. Brant* for the United States.

No. 716. GENERAL TIME CORP. *v.* TALLEY INDUSTRIES, INC., ET AL. C. A. 2d Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Edward R. Neaher* and *Paul G. Pennoyer, Jr.,* for petitioner. *Walter L. Stratton* and *Benjamin Vinar* for respondents Talley Industries, Inc., et al., and *Clendon H. Lee* and *Stanley L. Sabel* for respondent American Investors Fund, Inc.